UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: SA CV 16-01441-RGK (RAO)     Date: December 29, 2016
Title: Teresa Lardizabal v. Carolyn W. Colvin

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**     (In Chambers) **ORDER TO SHOW CAUSE**

This action was filed on August 4, 2016, by Plaintiff Teresa Lardizabal ("Plaintiff") against Defendant Carolyn W. Colvin, Acting Commissioner, Social Security Administration. To date, Plaintiff has not filed any proof of service of the Summons and Complaint. Defendant has not appeared in the action.

The Court, on its own motion, orders Plaintiff to show cause in writing, no later than **January 9, 2017**, why this action should not be dismissed for lack of prosecution and for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure. Failure to file a timely response to this Order may result in dismissal of the action. If Plaintiff does not intend to proceed with this action, Plaintiff may voluntarily dismiss the case pursuant to Federal Rule of Civil Procedure 41(a) by filing form CV-009, which can be found on the Central District of California's webpage.

**IT IS SO ORDERED.**

:
Initials of Preparer     gr