# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA L. LARDIZABAL,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. CV 16-01441-RGK (RAO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: January 25, 2017

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE